IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAMIEN GREEN,

    Plaintiff,

v.

RALSTON FOODS and
CRYSTAL L. MUELLER,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-496-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Ralston Foods and Crystal L. Mueller denying plaintiff Damien Green's request to proceed in forma pauperis for his failure to state a claim for relief under federal law.

_____    _1/28/11_
Peter Oppeneer, Clerk of Court    Date